IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO JOHNSON | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:17cv340-HSO-JCG |
| | § | |
| VT HALTER MARINE, INC., et al. | § | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, as well as the Order [87] entered on November 29, 2018, dismissing Plaintiff Antonio L. Jonson's claims against Defendant Nathan Shepard without prejudice, it is,

**ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 24th day of September, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE