# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ANTONIO JOHNSON**

      **Plaintiff,**　　　　　　　　　　　　　　　　**Civil No. 1:17cv340-HSO-JCG**

v.

**VT HALTER MARINE, INC.,**
**et al.**

      **Defendants.**

___

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS
## FIFTH CIRCUIT
___

COMES NOW, Antonio Johnson, Plaintiff, in the above styled and numbered cause, by counsel, and files this, his Notice of Appeal against Defendants VT Halter Mine, Inc., David Newell, Russell Woodward, Cecil Maxwell, and Zachary Anderson, pursuant to Rule 3(c) of the FRAP (2015), more particularly as follows:

I.

The parties taking the appeal is the Plaintiff, Antonio Johnson.

II.

The appeal is taken against Defendants, VT Halter Marine, Inc., David Newell, Russell Woodward, Cecil Maxwell, and Zachary Anderson.

III.

This Appeal is taken from the Order [Doc. 96] granting Defendants' Motion for Summary Judgment and dismissing Plaintiff's claims, which was signed by the District Judge on September 24th, 2019 and the Final Judgment [Doc. 97] entered on September 24th, 2019.

Pursuant to Rule 3 of F.R.A.P., the Plaintiff has previously deposited with the Clerk of the District Trial Court the sum of Five Hundred Five Dollars ($505.00) as the Docket fee to be received by the Clerk of the District Trial Court on the behalf of the United States Court of Appeals, 5th Circuit; and, requests that the Clerk of the District Trial Court transmit to the Clerk of the United States Court of Appeals, 5th Circuit a copy of the Notice of Appeal, the Docket fee, a certified copy of the District Trial Court Docket as of the date of the filing of this Notice of Appeal, a certified copy of the Opinions/Decisions underlying the following Orders, if any are presently filed of record, a certified copy of the Judgments/Orders from which the Appeal is being taken, a certified copy of the hearing transcript, and do such other matters as is required of the Clerk in the premises.

        RESPECTFULLY SUBMITTED,

        ANTONIO JOHNSON,
        Plaintiff/Appellant

By:    */s/ Carlos E. Moore*
        Carlos E. Moore, MSB# 100685

OF COUNSEL:

**TUCKER|MOORE GROUP, LLP**
306 Branscome Drive
P. O. Box 1487
Grenada, MS 38902-1487
662-227-9940 – phone
662-227-9941 – fax
Email: carlos@tuckermoorelaw.com

CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I have this date served via the electronic filing system and/or mailed via U.S. Mail, postage pre-paid, a true and correct copy of the above and foregoing to the following:

Paul D. Myrick, Esq.
pdm@kullmanlaw.com
THE KULLMAN FIRM
P. O. Box 1287
Mobile, AL 36633

Jennifer D. Sims, Esq.
jds@kullmanlaw.com
THE KULLMAN FIRM
P. O. Box 827
Columbus, MS 39703
*Attorneys for Defendants*

THIS, the 22nd day of October, 2019.

                                                                                    */s/ Carlos E. Moore*
                                                                                   CARLOS E. MOORE, ESQ.