IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 19-60795

United States Court of Appeals
Fifth Circuit
**FILED**
August 12, 2020
Lyle W. Cayce
Clerk

ANTONIO L. JOHNSON,

      Plaintiff - Appellant

v.

VT HALTER MARINE, INCORPORATED; DAVID NEWELL, in individual and official capacity; RUSSELL WOODWARD, in individual and official capacity; CECIL MAXWELL, in individual and official capacity; ZACHARY ANDERSON, in individual and official capacity,

      Defendants - Appellees

**Certified as a true copy and issued as the mandate on Sep 03, 2020**
**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:17-CV-340

Before HIGGINBOTHAM, ELROD, and HAYNES, Circuit Judges.

JUDGMENT

      This cause was considered on the record on appeal and was argued by counsel.

      IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

      IT IS FURTHER ORDERED that each party bear its own costs on appeal.